UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Bi Zhu Li and all others similarly situated           16-cv-6034

Plaintiff,

                                                                         STIPULATION OF

                                                                         DISMISSAL

                                                                         WITH PREJUDICE

-against-

Kumo Sushi Hibachi & Lounge, Inc.,

d/b/a Kumo Sushi and Jason Liu,

Defendants.

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice, and the parties are to bear their own costs and attorneys' fees except as otherwise agreed upon between the parties;

IT IS FURTHER STIPULATED AND AGREED that Plaintiff are precluded from bringing any further claims against Defendants or any of them under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, or any other wage violation, including overtime pay, for the period set forth in Plaintiff Complaint;

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the settlement in this action;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Date: _____                                             Date: 3/25/19

| SAMUEL & STEIN | HANG & ASSOCIATES, PLLC |
|---|---|
| By: _____ | By: /s/ _____ |
| Michael Samuel, Esq. | Keli Liu, Esq. |
| 38 W 32nd Street, Suite 1110 | 136-20 38th Ave., Suite 10G |
| New York, New York 10006 | Flushing, New York 11354 |
| Tel: (212) 380-8087 | Telephone: (718) 353-8588 |
| Email: michael@samuelandstein.com | Email: Kliu@hanglaw.com |
| *Attorney for Defendants* | *Attorneys for the Plaintiff* |

SO ORDERED:

/s/ Gary R. Brown, USMJ

Dated: May 1, 2019